[No. 8779-1-II. Division Two. July 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR WAYNE TENNISON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85-1-00008-3, Robert L. Charette, J., entered May 6, 1985. *Affirmed* by unpublished opinion per Howard, J. Pro Tem., concurred in by Conoley and Goodloe, JJ. Pro Tem.

[No. 8484-8-II. Division Two. July 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND C. WEST, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00166-9, John W. Schumacher, J., entered January 28, 1985. *Affirmed* by unpublished opinion per Lodge, J. Pro Tem., concurred in by Healy and Utter, JJ. Pro Tem. Now published at 49 Wn. App. 166.

[Nos. 7347-5-III; 7359-9-III;   Division Three.         July 28, 1987.]
    7416-1-III; 7417-0-III.

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DEAN BROWN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND SCOTT BROWN, *Appellant.*

Appeals from judgments of the Superior Court for Yakima County, Nos. 85-1-00417-1, 85-1-00401-4, 85-1-00155-6, 82-1-00230-1, F. James Gavin, J., entered September 13 and 16, 1985. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ. Now partially published at 48 Wn. App. 654.